34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 118 892

DIVISION " "

**D**

DANIELLE HOTARD, INDIVIDUALLY AND AS THE NATURAL
TUTRIX OF HER MINOR SON, MIDAN KIDDER

VERSUS

WAL-MART LOUISIANA, LLC

FILED: ___MAR 0 6 2012___    _Lora R. Jenes_
2:18pm                      DEPUTY CLERK

## PETITION FOR DAMAGES

Petitioner, Danielle Hotard, is a person of the full age of majority, who is

domiciled in Orleans Parish, State of Louisiana, respectfully represents as follows:

1.

Petitioner, Danielle Hotard, is the mother of Midan Kidder, who was born on June

18, 2007; petitioner, Danielle Hotard, has sole custody of Midan Kidder; at the time of

Midan Kidder's birth, petitioner, Danielle Hotard, was not married to the father of Midan

Kidder; Michael Kidder is the father of Midan Kidder.

2.

Defendant, Wal-Mart Louisiana, LLC is a foreign corporation which is authorized

to do business in Louisiana.

3.

On March 10, 2011, at approximately 7:45 P.M., petitioner, a friend, Midan and

another son were shopping at the Wal-Mart store on East Judge Perez Drive in

Chalmette, Louisiana.

4.

Defendant, Wal-Mart Louisiana, LLC employees had set up a display with a

Nintendo machine that allowed the user to operate a remote control device. Midan

Kidder and his brother were playing with this game for approximately five (5) minutes

when suddenly the remote control popped up into the air striking Midan Kidder in his

face causing a laceration.



EXHIBIT

A

5.

Defendant, Wal-Mart Louisiana, LLC is liable unto petitioner for the following

acts of negligence:

a)    In allowing customers and their children to use devices which were not

properly set-up/installed.

b)    Other acts of negligence to be proved at trial.

6.

Petitioner, Danielle Hotard, itemizes her damages as follows:

a)    Medical expenses incurred by Midan Kidder.


Petitioner, Danielle Hotward as the natural tutrix of Midan Kidder itemizes her

damages as following:

a)    Physical pain and suffering;

b)    Scar

7.

Petitioner alleges amicable demand to no avail.

WHEREFORE, petitioner prays that the defendants be duly cited and served and

that after due proceedings, there be judgment in favor of petitioner, Danielle Hotard,

individually and as the natural tutrix of her minor son, Midan Kidder and against

defendant, Wal-Mart Louisiana, LLC, in an amount to be determined by this Honorable

Court, together with judicial interest from date of judicial demand until paid and for all

court costs of these proceedings.

Respectfully submitted,

JAMES MAHER, III, #7462
Attorney for Plaintiff
4833 Conti Street, Suite 107
New Orleans, LA 70119
Telephone:  (504) 488-8855


PLEASE SERVE:

WAL-MART LOUISIANA, LLC
through its registered agent for service of process
CT CORPORATION SYSTEM
5615 Corporate Blvd., Suite 400B
Baton Rouge, Louisiana 70808