UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE HOTARD, INDIVIDUALLY AND AS THE NATURAL TUTRIX OF HER MINOR SON, MIDAN KIDDER | * * * * | CIVIL ACTION<br><br>NO. 2:12-cv-00935-SSV-KWR |
| VERSUS | * * | MAGISTRATE: 4 |
| WAL-MART LOUISIANA, LLC | * * | SECTION: "R" |

## MOTION AND MEMORANDUM IN SUPPORT FOR REMAND

**NOW INTO COURT**, through undersigned counsel, comes Wal-Mart Louisiana, LLC, who moves to remand this case back to the 34th Judicial District Court, Parish of St. Bernard, State of Louisiana, for the following reasons to wit:

1.

Defendant removed this case because plaintiff's Petition for Damages indicated that Midan Kidder, the minor child, had a scar from striking his face on a remote control device at Wal-Mart. Plaintiff failed to note in his petition that her son's damages were less than the jurisdictional threshold for federal court. Therefore, upon information and belief that a scar was involved and because there was diversity of citizenship, defendant removed this matter to federal court.

2.

However, upon receipt of the Notice of Removal, plaintiff's counsel, James Maher, III, sent a letter to defense counsel indicating that his client's claim was worth less than $75,000.00.

(See attached as Exhibit "A" – Maher's correspondence to Wood dated April 12, 2012). Once defense counsel received such correspondence, she contacted plaintiff's counsel who agreed to have his client sign a Stipulation of Damages.

3.

Attached hereto is a Stipulation of Damages executed by Danielle Hotard, individually and as the natural tutrix of her minor son, Midan Kidder, indicating that her damages are less than $75,000.00, exclusive of interest and costs. (See Exhibit "B" – executed Stipulation of damages). Because there is now a signed Stipulation filed in this record, defendant agrees that the jurisdictional threshold cannot be satisfied, and hereby respectfully requests to have this case remanded back to state court.

**WHEREFORE**, premises considered, defendant, Wal-Mart Louisiana, LLC, moves this Honorable Court to remand this case for the aforementioned reasons.

**Respectfully submitted,**

/s/ Donna Bramlett Wood
**THOMAS P. ANZELMO (Bar No. 2533)
DONNA BRAMLETT WOOD, (Bar No. 22692)
McCRANIE, SISTRUNK, ANZELMO,
       HARDY, McDANIEL & WELCH, LLC**
3445 N. Causeway Boulevard, Suite 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-Mail: dbw@mcsalaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system this 25th day of April, 2012.

/s/ Donna Bramlett Wood
DONNA BRAMLETT WOOD